1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  MARC PRICE WOLF (CABN 254495)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6488
7      FAX: (415) 436-7234
       marc.wolf@usdoj.gov
8
   Attorneys for the United States of America
9

**FILED**
APR 09 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION

13
14  UNITED STATES OF AMERICA,          )  NO. CR 99-0089 MAG
                                        )
15         Plaintiff,                   )  NOTICE OF DISMISSAL; [PROPOSED] ORDER
                                        )
16     v.                               )
                                        )
17  THEODORE SAILOR,                    )
                                        )
18         Defendant.                   )
                                        )

19
20     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
21  States Attorney for the Northern District of California dismisses the above information without
    prejudice and moves that the Court quash the bench warrant issued in connection with the information in
22  this case.
23
24  DATED: 4/8/14                        MELINDA HAAG
                                         United States Attorney
25
26                                               /s/
                                         ─────────────────────────
27                                       MARC P. WOLF
                                         Special Assistant United States Attorney
28  NOTICE OF DISMISSAL (CR 99-0089 MAG)

## [PROPOSED] ORDER

Leave is granted to the government to dismiss the information. It is further ordered that the bench warrant issued in connection with the information is quashed.

Date: 4/9/14

JOSEPH C. SPERO
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 99-0089 MAG)